# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| CHARLES J. WALSH, III AND LAURA BLAU AND PHILADELPHIA COMMUNITY DEVELOPMENT COALITION | : | No. 78 EM 2020 |
| | : | |
| v. | : | |
| | : | |
| TERESA F. ISABELLA AND 325 S. 18TH STREET, LLC | : | |
| | : | |
| PETITION OF: 325 S. 18TH STREET, LLC | : | |
| CHARLES J. WALSH, III AND LAURA BLAU AND PHILADELPHIA COMMUNITY DEVELOPMENT COALITION | : | No. 79 EM 2020 |
| | : | |
| v. | : | |
| | : | |
| TERESA F. ISABELLA AND 325 S. 18TH STREET, LLC | : | |
| | : | |
| PETITION OF: 325 S.18TH STREET, LLC | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of February, 2021, the "Renewed Application for King's Bench Jurisdicition [sic]" is DENIED.